■ In the Matter of SHAWN BENNETT, Petitioner, v STEPHEN L. GRELLER, Respondent. [996 NYS2d 532]—

Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent, Stephen L. Greller, a Judge of the County Court, Dutchess County, to grant the petitioner's motion to resettle a commitment order dated August 8, 2013.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal remedy to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman, 53 NY2d 12, 16 [1981]). The petitioner failed to demonstrate a clear legal right to the relief sought. Dillon, J.P., Chambers, Cohen and Maltese, JJ., concur.